UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jerome Brown,<br><br>            Plaintiff,<br>v.<br><br>Warden Baca, *et al.*,<br><br>           Defendants. | Case No. 2:23-cv-00692-CDS-EJY<br><br>**ORDER** |

On May 16, 2024, the Nevada Attorney General's Office filed a notice accepting service on behalf of Isidro Baca, Jermey Brown, and Michael Minev. ECF No. 12. Attorney General did not accept service on behalf of Jackson, Moffit, or Cantrill because "not enough information has been provided in the Complaint to accurately identify these individuals." *Id.*

IT IS HEREBY ORDERED that no later than **June 7, 2024** Plaintiff must file with the Court a report providing as much information as possible regarding Defendants Jackson, Moffit, and Cantrill including, if possible, first names or first initials if the names are not available, badge numbers, job titles and physical descriptions.

DATED this 17th day of May, 2024.

                                                                       _____
                                                                       ELAYNA J. YOUCHAH
                                                                        UNITED STATES MAGISTRATE JUDGE