UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jerome Brown,<br><br>    Plaintiff,<br> v.<br><br>Warden Baca, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00692-CDS-EJY<br><br>**ORDER** |

  Pending before the Court is Plaintiff's Motion to Compel the Personal Name, Identification, and Address Contact Info Last Known by N.D.O.C. ECF No. 14.

  On May 17, 2024, the Court issued an Order directing Plaintiff to provide as much information as possible regarding three named defendants the Nevada Attorney General could not identify. ECF No. 13. The Court suggested Plaintiff provide information such as a first name, first initial, badge number, job title or physical description of the individuals. *Id*. On May 22, 2024, Plaintiff filed a response to the Court's May 17 Order, but instead of providing any additional information regarding named, but unidentified defendants Jackson, Moffit, and Cantrill, Plaintiff moved for the Attorney General to provide this information. Obviously, the Attorney General cannot provide additional information as the Attorney General has been unable to identify these defendants. ECF No. 12. Further, it is Plaintiff's obligation to obtain the information necessary to effect service on defendants he seeks to sue. *Pullano v. Clark County Detention Center*, Case No. 2:10-cv-00335-KJD-LRL, 2010 WL 4272871, at *2 (D. Nev. Oct. 25, 2010).

  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel the Personal Name, Identification, and Address Contact Info Last Known by N.D.O.C. (ECF No. 14) is DENIED.

  IT IS FURTHER ORDERED that Plaintiff **must** provide any information he is able to gather or that is available regarding Defendants Jackson, Moffit, and Cantrill. Such information may be, but is not limited to, first names, first initials, badge numbers, physical descriptions, job titles, or anything else that might help the Nevada Attorney General identify these individuals. Plaintiff **must** file this information with the Court no later than **June 14, 2024**. Failure to provide the necessary

information and otherwise to serve these Defendants in accordance with Rule 4m of the Federal Rules of Civil Procedure may result in dismissing these Defendants from this matter without prejudice.

DATED this 23rd day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE