UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jerome Brown,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Warden Baca, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00692-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time and to Conduct Limited Discovery. ECF No. 18. Plaintiff's Motion arises from the Court's orders requiring Plaintiff to provide as much information as he can regarding three named but yet unserved Defendants who the Deputy Attorney General could not identify. Plaintiff says with the extension of time and discovery propounded on the Nevada Department of Corrections ("NDOC"), he will be able to identify the Defendants at issue.

Plaintiff does not need to conduct discovery on NDOC. If Plaintiff will provide to the Court "the date, time, and the capacity as to each" of these Defendants—the same information Plaintiff states he will provide in a subpoena to NDOC—the Court will Order the assigned Deputy Attorney General to research and locate these individuals. All Plaintiff must do is state what he knows about each of the three unserved Defendants in a filing submitted to the Court as he has twice before been instructed to do.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time, and to Conduct Limited Discovery (ECF No. 18) is DENIED.

IT IS FURTHER ORDERED that, for the **third and last time**, Plaintiff **must** file with the Court a document that includes any and all information he has that will assist in identifying Defendants Jackson, Moffit, and Cantrill. Such filing **must** be made no later than **June 18, 2024**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order **will** result in a recommendation that Defendants Jackson, Moffit, and Cantrill be dismissed from this action with prejudice.

DATED this 4th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE