UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROME BROWN, | Case No. 2:23-cv-00692-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN BACA, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Court Order. ECF No. 40. The U.S. Marshal Service has filed returns of service for Defendants Jeremy Jackson and Kenneth Cantrill showing neither Defendant was served. ECF Nos. 38, 41. The returns further show neither Mr. Jackson nor Mr. Cantrill live at the last known addresses provided by the Nevada Attorney General. *Id*. With respect to Mr. Jackson, the homeowner stated Mr. Jackson does not live at the address provided by the State. ECF No. 41. The return of service for Mr. Cantrill shows he has not lived in the city and state identified by the State since 2018. ECF No. 38. Nonetheless, there is no basis to provide Plaintiff with personal addresses for either Defendant if the Court had them.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion for Court Order (ECF No. 40) is DENIED.

IT IS FURTHER ORDERED that if Plaintiff has any information pertaining to addresses for either Defendant Jackson or Cantrill at which service may be accomplished, Plaintiff must file the same with the Court no later than **September 6, 2024**.

IT IS FURTHER ORDERED that the Nevada Attorney General's Office **must** search its records for additional and perhaps more current addresses for these two defendants. The Court notes Mr. Cantrill was employed by the State after 2018. Thus, the Court suspects an address other than the one previously provided is in the State's records.

IT IS FURTHER ORDERED that the Nevada Attorney General's Office **must** file a status report no later than **September 6, 2024** providing any additional information that could allow for

service of process on Messrs. Jackson and Cantrill. The status report may be filed under seal and not served on Plaintiff if an address or other location information is provided.

Dated this 14th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE