UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROME BROWN, | Case No. 2:23-cv-00692-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| WARDEN BACA, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Appointment of Counsel. ECF No. 51. Plaintiff states that due to an ongoing lockdown at Southern Desert Correctional Center ("SDCC") he is to access the prison's law library, thus impeding his ability to prosecute his case. *Id.* at 1. For this reason Plaintiff requests the Court appoint counsel to assist him. *Id.*

While the Court sympathizes with Plaintiff's situation, the threshold for demonstrating cause for the Court to appoint counsel for a civil plaintiff is high and lack of sufficient access to the prison law library, a challenge claimed by many incarcerated plaintiffs, is not enough to warrant such appointment. *Clark v. McCormick*, Case No. 2:21-cv-00173-RFB-DJA, 2023 WL 2844351, at *1 (D. Nev. Mar. 21, 2023).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 51) is DENIED without prejudice.

IT IS FURTHER ORDERED that while the Court understands that safety of all those housed and who work in the facility must come first, Defendants **must** file a status report no later than **November 15, 2024** advising what, if any, plan Defendant Baca or his designee has to increase access to the SDCC law library within the next 30 to 60 days.

Dated this 12th day of October, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1